UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 3 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> §<br> Plaintiff, §<br> VS. §<br> §<br> TONY DWAYNE ALBERT, §<br> §<br> Defendant. § <br> § | CRIMINAL NO.: <br> **SA19CR0028 OG** <br> **INDICTMENT** <br><br> Ct. 1: 18 U.S.C. §922(g)(9) <br> Possession of a Firearm by a Person <br> Convicted of Domestic Violence |

THE GRAND JURY CHARGES:

## COUNT ONE
**[18 U.S.C. §922(g)(9)]**

On or about December 30, 2018, in the Western District of Texas, Defendant,

**TONY DWAYNE ALBERT,**

who having been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting interstate commerce, ammunition and a firearm, to-wit: a Smith and Wesson, model MP9, 9mm caliber pistol, serial number NAR1186, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(9).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
SARAH WANNARKA
Assistant United States Attorney