

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

**FILED**

FEB 1 1 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

February 4, 2021

The Honorable Chief U.S. Judge Orlando L. Garcia
U.S. District Court
655 E. Cesar E. Chavez Blvd.,
San Antonio, TX 78206

RE: ALBERT, Tony Dwayne
Reg#: 23408-480
Criminal#: SA-19-CR-28-OLG

Dear Chief U.S. Judge Orlando L. Garcia:

This letter is to inform you the above-named defendant arrived at this institution on January 27, 2021. He has been designated to undergo a forensic evaluation pursuant to your order dated December 08, 2020.

Due to COVID-19 precautions, all new admissions require a 14 day quarantine. As a result, we expect to complete the study by March 27, 2021. At that time, the United States Marshals Service may be notified the study is complete and the defendant may be transported back to the court. The court may expect a final copy of the forensic evaluation within eight weeks of that notification.

The forensic psychologist assigned to this study is Dr. Miriam Kissin. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Kissin, at (978) 796-1000, extension 1459, should you need more information.

Sincerely,

A. Boncher
Warden